# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00244-RPM

**HERBERT WOODEND**

    Plaintiff,

v.

**COMPASS BANCSHARES, INC.,**
**an Alabama corporation,**

    Defendant.

---

## ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Upon review of the parties' Stipulation for Dismissal with Prejudice [7], it is

ORDERED that the Stipulation for Dismissal with Prejudice is granted. The within action is dismissed with prejudice, with each party to pay their own attorney's fees and costs.

Dated: May 3, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge